■ EDWIN CRANE et al., Respondents, v. CITY OF CANANDAIGUA, Appellant.— Appeal dismissed, without costs, upon stipulation. (Appeal from order of Ontario Special Term in negligence action.) Present — Moule, J. P., Simons, Mahoney, Goldman and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY EUBANKS, Appellant.— Motion granted, judgment vacated, and new trial granted unless a proper record on appeal is provided on or before January 6, 1975. (See *People* v. *Auth*, 43 A D 2d 790; *People* v. *Poole*, 41 A D 2d 699.)